USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CHARLES DANIELS, KEITH TAYLOR, and ERROL
TOULON, JR., individually and on behalf of all others
similarly situated,

                                               Plaintiffs,

                    -against-

THE CITY OF NEW YORK, CYNTHIA BRANN,
Commissioner, JOSEPH PONTE, former
Commissioner, JEFF THAMKITTIKASEM, Chief of
Staff, MARTIN MURPHY, former Chief of
Department,

                                  Defendants.

------------------------------------------------------------------- x

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

17-CV-9960 (LGS)

SO ORDERED.
Dated: April 17, 2019
New York, New York

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties

hereto as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, dismissed, with

prejudice and without costs, expenses or fees of any kind to any party.

      Dated:  New York, New York
               April _15_, 2019

**AVALLONE & BELLISTRI, LLP**
Attorneys for Plaintiffs
3000 Marcus Avenue, Suite 3E07
Lake Success, New York 11042
(516) 986-2500
ravallone@lawyersab.com

By: _Rocco G. Avallone_
      Rocco G. Avallone

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-112
New York, New York 10007-2601
(212) 356-4078
mconnaha@law.nyc.gov

By: _____
    Matthew J. Connahan
    Assistant Corporation Counsel